## Exhibit C

**Organizational Structure**

Chisholm Oil and Gas, LLC
Gastar Holdco LLC
58% Series A Units
42% Series A Units
Chisholm Oil and Gas Holdings, LLC
100%
Chisholm Oil and Gas Intermediate II, LLC
100%
Chisholm Oil and Gas Management, LLC
100%
Chisholm Oil and Gas Intermediate, LLC
100%
100%
Chisholm Oil and Gas Operating III, LLC
Chisholm Midstream, LLC
1%
99%
100%
Chisholm Oil and Gas Management II, LLC
Chisholm Oil and Gas Operating II, LLC
35%
100%
Chisholm Oil and Gas Operating, LLC
Great Salt Plains Midstream Holdings, LLC
100%
100%
Cottonmouth SWD, LLC
Chisholm Oil and Gas Nominee, Inc.
Legend
Obligors under the RBL
Obligor under the 2L Term Loan
Borrower under the RBL
Borrower under the 2L Term Loan
Debtor

