IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CHISHOLM OIL AND GAS OPERATING, LLC, *et al.*, | Case No. 20-11593 (BLS) |
| Debtors.[1] | (Jointly Administered) |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

*PLEASE TAKE NOTICE* that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and sections 102(1), 342 and 1109(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101, *et seq.*, Paul Hastings LLP and Blank Rome LLP hereby appear as proposed counsel on behalf of the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned bankruptcy cases. The Committee hereby requests that all notices given or required to be given in these cases and all papers served or required to be served in these cases, be given to and served upon the following:

| | |
|---|---|
| Regina Stango Kelbon, Esq. | James T. Grogan, Esq. |
| Stanley B. Tarr, Esq. | Kevin P. Broughel, Esq. |
| Bryan J. Hall, Esq | Michael C. Whelan, Esq. |
| *BLANK ROME LLP* | Mack Wilson, Esq. |
| 1201 Market Street, Suite 800 | *PAUL HASTINGS LLP* |
| Wilmington, Delaware 19801 | 600 Travis Street, Fifty-Eighth Floor |
| Telephone: (302) 425-6424 | Houston, Texas 77002 |
| Facsimile: (302) 425-6464 | Telephone: (713) 860-7300 |
| Email: Kelbon@BlankRome.com | Facsimile: (713) 353-3100 |
| Tarr@BlankRome.com | Email: jamesgrogan@paulhastings.com |
| BHall@BlankRome.com | kevinbroughel@paulhastings.com |
| | michaelcwhalen@paulhastings.com |
| | mackwilson@paulhastings.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Chisholm Oil and Gas Operating II, LLC (8730); Chisholm Oil and Gas Operating, LLC (5382); Cottonmouth SWD, LLC (9849); Chisholm Oil and Gas Nominee, Inc. (1558); and Chisholm Oil and Gas Management II, LLC (8174). The Debtors' mailing address is 1 West Third Street, Suite 1700, Tulsa, OK 74103.

1

***PLEASE TAKE FURTHER NOTICE*** that the foregoing request includes the notices and papers referred to in Bankruptcy Rule 2002, and also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile, or otherwise, which affect or seeks to affect in any way the above-captioned Debtors or the property of the Debtors, or any of the rights or interests held or asserted by the Committee with respect to the Debtors or property of the Debtors.

***PLEASE TAKE FURTHER NOTICE*** that this request shall not be deemed or construed to be a waiver of any substantive or procedural rights of the Committee, including without limitation, to: (a) challenge the jurisdiction of this Court to adjudicate any matter, including, without limitation, any non-core matter; (b) require that where any adversary proceeding is to be initiated against the Committee in these cases or any related case or where any proceeding is to be initiated by complaint against the Committee under applicable non-bankruptcy law, service shall be made on the Committee in accordance with applicable Bankruptcy Rules, the Federal Rules of Civil Procedure, and applicable non-bankruptcy law and that service upon undersigned counsel is insufficient for such purposes; (c) have final orders in non-core matters entered only after *de novo* review by the United States District Court for the District of Delaware; (d) trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (e) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (f) any other rights, claims, actions, defenses, setoffs or recoupments to which the Committee is or may be entitled in law or at equity, all of which rights, claims, actions, defenses, setoffs or recoupments the Committee expressly reserves and asserts.

<br>

| | |
|---|---|
| Dated: July 8, 2020<br>Wilmington, Delaware | **BLANK ROME LLP**<br><br>*/s/ Regina Stango Kelbon*<br>Regina Stango Kelbon (DE No. 5444)<br>Stanley B. Tarr (DE No. 5535)<br>Bryan J. Hall (DE No. 6285)<br>1201 Market Street, Suite 800<br>Wilmington, Delaware 19801<br>Telephone:  (302) 425-6423<br>Facsimile:  (302) 252-0921<br>E-mail:  Kelbon@BlankRome.com<br>   Tarr@BlankRome.com<br>   BHall@BlankRome.com<br><br>-and-<br><br>**PAUL HASTINGS LLP**<br>James T. Grogan *(pro hac vice pending)*<br>Kevin P. Broughel *(pro hac vice pending)*<br>Michael C. Whelan *(pro hac vice pending)*<br>Mack Wilson *(pro hac vice pending)*<br>600 Travis Street, Fifty-Eight Floor<br>Houston, Texas 77002<br>Telephone:  (713) 860-7300<br>Facsimile:  (713) 353-3100<br>Email: jamesgrogan@paulhastings.com<br>   kevinbroughel@paulhastings.com<br>   michaelcwhalen@paulhastings.com<br>   mackwilson@paulhastings.com<br><br>*Proposed Counsel to the Official Committee of Unsecured Creditors* |