**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>CHISHOLM OIL AND GAS OPERATING, LLC, *et al.*,<br>Debtors. | Chapter 11<br>Case No. 20-11593 (BLS)<br>(Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF BROOCKS "MACK" WILSON**

    Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Broocks "Mack" Wilson of the law firm Paul Hastings LLP to represent the Official Committee of Unsecured Creditors in the above-captioned chapter 11 bankruptcy cases and any related adversary proceedings.

Dated: July 9, 2020
       Wilmington, Delaware

*/s/ Regina Stango Kelbon*
Regina Stango Kelbon (DE No. 5444)
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, Delaware 19801
(302) 425-6400
*Proposed Counsel to the Official Committee of Unsecured Creditors*

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

    Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas, in the United States District Court for the Southern District of Texas, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*/s/ Broocks Wilson*
Broocks "Mack" Wilson
PAUL HASTINGS LLP
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
(713) 860-7300
mackwilson@paulhastings.com

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***

    IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.