**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------- x
In re                                                            :   Chapter 11
                                                                 :
**CHISHOLM OIL AND GAS OPERATING,**                              :   Case No. 20–11593 (BLS)
**LLC**, *et al.*,                                               :
        Debtors.[1]      :   (Jointly Administered)
                                                                 :
                                                                 :   Objection Deadline: July 23, 2020 at 4:00 p.m. (ET)
---------------------------------------------------------------- x   Hearing Date: August 4, 2020 at 10:00 a.m. (ET)

## NOTICE OF MOTION

TO:   (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) PROPOSED COUNSEL TO THE CREDITORS' COMMITTEE; (III) COUNSEL TO THE RBL AGENT; (IV) COUNSEL TO THE RBL COLLATERAL AGENT; (V) COUNSEL TO THE TERM LOAN AGENT; (VI) COUNSEL TO THE CONSENTING SPONSORS; AND (VII) ANY PARTY THAT HAS REQUESTED NOTICE PURSUANT TO BANKRUPTCY RULE 2002

     **PLEASE TAKE NOTICE** that Chisholm Oil and Gas Operating, LLC and its debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**") have filed the attached *Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 327, and 330 for Authority to Employ Professionals Used in Ordinary Course of Business* (the "**Motion**").

     **PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be filed on or before **July 23, 2020 at 4:00 p.m. (ET)** (the "**Objection Deadline**") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must serve a copy of the objection upon the undersigned proposed counsel to the Debtors so as to be received on or before the Objection Deadline.

     **PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE MOTION WILL BE HELD ON **AUGUST 4, 2020 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE BRENDAN L. SHANNON AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801.

     **PLEASE TAKE FURTHER NOTICE THAT, IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Chisholm Oil and Gas Operating II, LLC (8730); Chisholm Oil and Gas Operating, LLC (5382); Cottonmouth SWD, LLC (9849); Chisholm Oil and Gas Nominee, Inc. (1558); and Chisholm Oil and Gas Management II, LLC (8174). The Debtors' mailing address is 1 West Third Street, Suite 1700, Tulsa, OK 74103.

26753325.1

Dated: July 9, 2020
    Wilmington, Delaware

    */s/ S. Alexander Faris*
    YOUNG CONAWAY STARGATT & TAYLOR, LLP
    M. Blake Cleary (No. 3614)
    Jaime Luton Chapman (No. 4936)
    S. Alexander Faris (No. 6278)
    Rodney Square
    1000 North King Street
    Wilmington, Delaware 19801
    Telephone: (302) 571-6600
    Facsimile: (302) 571-1253
    Emails: mbcleary@ycst.com
           jchapman@ycst.com
           afaris@ycst.com

    -and-

    WEIL, GOTSHAL & MANGES LLP
    Matthew S. Barr (admitted *pro hac vice*)
    Kelly DiBlasi (admitted *pro hac vice*)
    Lauren Tauro (admitted *pro hac vice*)
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    *Proposed Attorneys for Debtors*
    *and Debtors in Possession*