**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
----------------------------------------------------- x
```
In re                                                :        **Chapter 11**
                                                     :
**CHISHOLM OIL AND GAS OPERATING,**    :        **Case No. 20-11593 (BLS)**
**LLC**, *et al.*,                                   :
                    Debtors.[1]                      :        **(Jointly Administered)**
```
----------------------------------------------------- x
```

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR**
**TELEPHONIC/VIDEO HEARING ON SEPTEMBER 23, 2020 AT 10:00 A.M. (ET)**

> TO APPEAR TELEPHONICALLY, PARTIES SHOULD CONTACT
> COURTCALL, LLC AT 866-582-6878 TO REGISTER THEIR APPEARANCE.
>
> TO APPEAR BY VIDEO CONFERENCE,
> PARTIES SHOULD USE THE FOLLOWING INFORMATION:
> Join ZoomGov Meeting:  https://debuscourts.zoomgov.com/j/1615772397
>
> Meeting ID: 161 577 2397     Password: 554155
>
> PLEASE NOTE:  AUDIO MUST BE MUTED IN ZOOM ONCE CONNECTED.
> COURTCALL WILL PROVIDE THE AUDIO FOR THE HEARING.
>
> ANY PARTY WISHING TO SPEAK AT THE HEARING
> MUST APPEAR THROUGH BOTH COURTCALL AND ZOOM.

## RESOLVED MATTERS

1.      First Omnibus Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a) and 365 and Fed. R. Bankr. P. 6004 and 6006 for Authority to Reject Certain Executory Contracts [D.I. 258, 8/31/20]

        Related Documents:

        A.      Certificate of No Objection [D.I. 300, 9/15/20]

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Chisholm Oil and Gas Operating II, LLC (8730); Chisholm Oil and Gas Operating, LLC (5382); Cottonmouth SWD, LLC (9849); Chisholm Oil and Gas Nominee, Inc. (1558); and Chisholm Oil and Gas Management II, LLC (8174). The Debtors' mailing address is 1 West Third Street, Suite 1700, Tulsa, OK 74103.

[2]  *Amended items appear in bold and italics.*

B.    Order [D.I. 302, 9/16/20]

Response/Objection Deadline:            September 14, 2020 at 4:00 p.m. (ET)

Responses/Objections Received:          None

Status:    An order has been entered.  No hearing is required.

2.    Tributary Resources, LLC's Motion for Relief from the Automatic Stay to Pursue Prepetition Quiet Title Action [D.I. 286, 9/8/20]

Related Documents:

A.    Certification of Counsel [D.I. 304, 9/18/20]

B.    Order [D.I. 305, 9/18/20]

Response/Objection Deadline:            September 16, 2020 at 4:00 p.m. (ET)

Responses/Objections Received:          None

Status:    An order has been entered.  No hearing is required.

**MATTER GOING FORWARD**

3.    Motion of Debtors Pursuant to 11 U.S.C. §§ 502, 1125, 1126, and 1128 and Fed. R. Bankr. P. 2002, 3017, 3018, and 3020 for Entry of Order (I) Approving Disclosure Statement, (II) Establishing Solicitation, Voting, and Related Procedures, (III) Scheduling Confirmation Hearing, (IV) Establishing Notice and Objection Procedures for Confirmation of Plan, (V) Approving Debtors' Proposed Cure Procedures for Unexpired Leases and Executory Contracts, and (VI) Granting Related Relief [D.I. 88, 7/1/20]

Related Documents:

A.    Joint Chapter 11 Plan of Reorganization of Chisholm Oil and Gas Operating, LLC and its Affiliated Debtors [D.I. 85, 6/30/20]

B.    Disclosure Statement for Joint Chapter 11 Plan of Reorganization of Chisholm Oil and Gas Operating, LLC and its Affiliated Debtors [D.I. 86, 6/30/20]

C.    Notice of Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Reorganization of Chisholm Oil and Gas Operating, LLC and Its Debtor Affiliates [D.I. 87, 6/30/20]

D.    Re-Notice of Motion [D.I. 91, 7/1/20]

27080091.1

E.     Amended Joint Chapter 11 Plan of Reorganization of Chisholm Oil and Gas Operating, LLC and its Affiliated Debtors [D.I. 216, 8/3/20]

F.     Amended Disclosure Statement for Joint Chapter 11 Plan of Reorganization of Chisholm Oil and Gas Operating, LLC and its Affiliated Debtors [D.I. 221, 8/3/20]

G.     Notice of Filing of Blacklines of Amended Plan and Amended Disclosure Statement [D.I. 222, 8/3/20]

H.     Order Pursuant to 11 U.S.C. §§ 502, 1125, 1126, and 1128 and Fed. R. Bankr. P. 2002, 3017, 3018, and 3020 (I) Approving Disclosure Statement, (II) Establishing Solicitation, Voting, and Related Procedures, (III) Scheduling Confirmation Hearing, (IV) Establishing Notice and Objection Procedures for Confirmation of Plan, (V) Approving Debtors' Proposed Cure Procedures for Unexpired Leases and Executory Contracts, and (VI) Granting Related Relief [D.I. 226, 8/4/20]

I.     (Solicitation Version) Amended Joint Chapter 11 Plan of Reorganization of Chisholm Oil and Gas Operating, LLC and its Affiliated Debtors [D.I. 232, 8/6/20]

J.     (Solicitation Version) Disclosure Statement for Amended Joint Chapter 11 Plan of Reorganization of Chisholm Oil and Gas Operating, LLC and its Affiliated Debtors [D.I. 233, 8/6/20]

K.     Notice of (I) Approval of Disclosure Statement, (II) Establishment of Voting Record Date, (III) Hearing on Confirmation of the Plan, (IV) Procedures for Objecting to Confirmation of Plan, (V) Cure Procedures and (VI) Procedures and Deadline for Voting on Plan [D.I. 234, 8/6/20]

L.     Notice of Filing of Supplement to the Amended Joint Chapter 11 Plan of Reorganization of Chisholm Oil and Gas Operating, LLC and its Affiliated Debtors [D.I. 275, 9/4/20]

M.     Notice of Revisions to Cure Notice [D.I. 306, 9/18/20]

N.     Notice of Filing of Amendments to Plan Supplement [D.I. 307, 9/18/20]

O.     Declaration of Catherine Nownes-Whitaker Regarding Tabulation of Ballots Cast on Amended Joint Chapter 11 Plan of Reorganization of Chisholm Oil and Gas Operating, LLC and its Affiliated Debtors [D.I. 308, 9/18/20]

P.     Debtors' Memorandum of Law in Support of Confirmation of Amended Joint Chapter 11 Plan of Chisholm Oil and Gas Operating, LLC and its Affiliated Debtors [D.I. 309, 9/18/20]

27080091.1

Q.    Declaration of Michael Rigg in Support of Rejection of Certain Executory Contracts Under Amended Joint Chapter 11 Plan of Reorganization Chisholm Oil and Gas Operating, LLC and its Affiliated Debtors [D.I. 310, 9/18/20]

R.    Declaration of Paul Aronzon in Support of Confirmation of Amended Joint Chapter 11 Plan of Reorganization of Chisholm Oil and Gas Operating, LLC and its Affiliated Debtors [D.I. 311, 9/18/20]

S.    Declaration of Matthew J. Henry in Support of Confirmation of Amended Joint Chapter 11 Plan of Reorganization of Chisholm Oil and Gas Operating, LLC and its Affiliated Debtors [D.I. 312, 9/18/20]

T.    Notice of Filing of Proposed Confirmation Order [D.I. 313, 9/18/20]

Confirmation Response/Objection Deadline:          September 8, 2020 at 4:00 p.m. (ET), extended for J-W Power Company to September 9, 2020

Confirmation Responses/Objections Received:

U.    Informal Responses
    i.    Texas Office of Attorney General
    ii.   United States
    iii.  Plaintiffs in the cases captioned *Venable Royalty, Ltd., V14, LP, Venro, Ltd.V2 LP, PennMarc Resources II, LP, Appalachian Bason Minerals, LP, McCrow Energy Partners II, LLC, Wildes Mineral Interests, LLC, Marcellus Tx Mineral Partners, Ltd., Prairie Mineral Company, LLC, JMK Irrevocable Trust dated April 4, 2005, and Amended on July 2, 2013, Plaintiffs, v. Gastar Exploration USA, Inc., Gastar Exploration, Inc., Gastar Exploration Texas LP, Chisholm Oil and Gas Operating, LLC, TH Exploration II, LLC, Tug Hill Operating, LLC, and Atinum Marcelus I, LLC, Defendants*, Consolidated Case Nos. 18-C-220 and 18-C-227 (Cir. Ct. W. Va.) and *Ronald Goddard, et al. v. Chesapeake Appalachia, LLC, et al.*, AAA Case No. 01-19-0002-2784

V.    Objection of Great Plains Gas Compression Holdings, LLC to Confirmation of Amended Joint Chapter 11 Plan of Reorganization of Chisholm Oil & Gas Operating, LLC, and Its Affiliated Debtors, and Plan Supplement [D.I. 279, 9/8/20]

W.    Limited Objection of Jones Energy, LLC to Confirmation of the Debtors' Amended Joint Chapter 11 Plan of Reorganization [D.I. 282, 9/8/20]

X.    Tributary Resources, LLC's Objection to Confirmation of the Debtors' Amended Joint Chapter 11 Plan of Reorganization [D.I. 285, 9/8/20]

Y.      J-W Power Company's Objection to Confirmation of the Amended Joint Chapter 11 Plan of Reorganization of Chisholm Oil & Gas Operating, LLC and its Affiliated Debtors, and Plan Supplement [D.I. 290, 9/9/20]

<u>Cure Response/Objection Deadline</u>:                September 8, 2020 at 4:00 p.m. (ET)

Z.      Informal Responses
   i.      Archrock Partners Operating, LLC
   ii.     Chaparral Energy, Inc.
   iii.    Great Salt Plains Midstream Gas, LLC and Great Salt Plains Midstream Crude, LLC
   iv.     MarkWest Oklahoma Gas Company, LLC
   v.      Premier Trading and Transportation, LLC
   vi.     TGS Geological Products and Services
   vii.    Zenergy, Inc.

AA.     Bromiley Oil LLC's Objection to Notice of Proposed Cure Amount [D.I. 269, 9/1/20]

BB.     Devon Energy Production Company, L.P.'s Objection to Cure Amount and Reservation of Rights [D.I. 277, 9/8/20]

CC.     Carl E. Gungoll Exploration, LLC, *et al's* Objection to Notice of Proposed Cure Amounts [D.I. 280, 9/8/20]

***Additional Related Document:***

   ***DD.     Notice of Filing of Revised Proposed Confirmation Order [D.I. 320, 9/22/20]***

<u>Status</u>:        ***All confirmation and cure objections have been resolved and the Debtors have filed a revised proposed confirmation order incorporating such resolutions, to the extent applicable.*** This matter is going forward with respect to confirmation of the Debtors' plan of reorganization.

Dated: September *22*, 2020
   Wilmington, Delaware

/s/ Jaime Luton Chapman
YOUNG CONAWAY STARGATT & TAYLOR, LLP
M. Blake Cleary (No. 3614)
Jaime Luton Chapman (No. 4936)
S. Alexander Faris (No. 6278)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Emails: mbcleary@ycst.com
   jchapman@ycst.com
   afaris@ycst.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Kelly DiBlasi (admitted *pro hac vice*)
Lauren Tauro (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Debtors and Debtors in Possession*